IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TRUSTEES OF THE NATIONAL AUTOMATIC SPRINKLER INDUSTRY WELFARE FUND, *et al*. | * | |
| | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. PX-18-1779 |
| A&M FIRE PROTECTION, LLC | * | |
| Defendant | * | |

*****

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 31st day of January 2019, by the United States District Court for the District of Maryland, ORDERED that:

1. Plaintiffs TRUSTEES OF THE NATIONAL AUTOMATIC SPRINKLER INDUSTRY WELFARE FUND, *et al.*'s Motion for Default Judgment against Defendant A&M FIRE PROTECTION, LLC (ECF No. 7) BE, and the same hereby IS, GRANTED;

2. Damages in the amount of $112,873.65, plus additional contributions, liquidated damages, costs, interests, and reasonable attorney's fees that became due from the filing of this and through the date of judgment IS CONFIRMED;

3. Post-judgment interest SHALL accrue at the rate established in 28 U.S.C. § 1961; and

4. The Clerk is DIRECTED to transmit copies of this Memorandum Opinion and Order to the parties and CLOSE the case.

| | |
|---|---|
| 1/31/2019 | /S/ |
| Date | Paula Xinis<br>United States District Judge |